FILED

FEB 06 2020 AC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCUS PICKENS | 20CR 84<br>Violation: Title 18, United States Code, Section 2250(a)<br><br>JUDGE ALONSO<br><br>MAGISTRATE JUDGE FINNEGAN |

The SPECIAL MAY 2019 GRAND JURY charges:

Beginning no later than March 2018, and continuing through on or about August 24, 2019, at Richton Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARCUS PICKENS,

defendant herein, a sex offender required to register under the Sex Offender Registration and Notification Act ("SORNA"), Title 34, United States Code, Sections 20911 and 20913, knowingly failed to register and update his registration as is required by SORNA after traveling in interstate commerce from Michigan to Illinois;

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY